UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CROSSLINK-D, INC., a Delaware Corporation

    Plaintiff,

  v.            CASE NO. 07-0088

JOSEPH LARGEY,

    Defendant
_____/

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for admission pro hac vice of Timothy W. Volpe and Matthew P. McLauchlin to represent Joseph Largey in this matter.

                Respectfully submitted,

                PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated: March 15, 2007      By: _____
                JOHN C. PHILLIPS, JR. (#110)
                1200 North Broom Street
                Wilmington, DE 19806
                (302) 655-4200

                Attorney for Defendant Joseph Largey

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CROSSLINK-D, INC., a Delaware Corporation

    Plaintiff,

v.                                                                              CASE NO. 07-0088

JOSEPH LARGEY,

    Defendant

_____/

### CERTIFICATE OF MATTHEW P. MCLAUCHLIN TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Respectfully submitted,

Dated: March 19, 2007

By: _____
Matthew P. McLauchlin
Florida Bar No. 484180
VOLPE, BAJALIA, WICKES,
ROGERSON, & WACHS, P.A.
1301 Riverplace Boulevard
Suite 1700
Jacksonville, Florida 32207
(904) 355-1700 Telephone
(904) 355-1797 Facsimile

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CROSSLINK-D, INC., a Delaware Corporation

    Plaintiff,

v.                              CASE NO. 07-0088

JOSEPH LARGEY,

    Defendant
_____/

**CERTIFICATE OF TIMOTHY W. VOLPE TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                        Respectfully submitted,

Dated: March 19, 2007          By: _____
                                        Timothy W. Volpe
                                        Florida Bar No. 358185
                                        VOLPE, BAJALIA, WICKES,
                                        ROGERSON, & WACHS, P.A.
                                        1301 Riverplace Boulevard
                                        Suite 1700
                                        Jacksonville, Florida 32207
                                        (904) 355-1700 Telephone
                                        (904) 355-1797 Facsimile

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CROSSLINK-D, INC., a Delaware Corporation

        Plaintiff,

v.                                CASE NO. 07-0088

JOSEPH LARGEY,

        Defendant
_____/

## ORDER

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Matthew P. McLauchlin, Esquire and Timothy W. Volpe, Esquire as counsel for defendant is granted.

Date: _____                _____
                                                             United States District Judge

## CERTIFICATE OF SERVICE

I, John C. Phillips, Jr., hereby certify that on March __21st__, 2007, a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice was served upon Peter B. Ladig, Esquire, 222 Delaware Avenue, Suite 900, Wilmington, Delaware via electronic service.

John C. Phillips, Jr., Esquire (#110)