## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROSSLINK-D, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff-Counterclaim Defendant, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 07-88 (GMS) |
| JOSEPH LARGEY, | ) ) ) | |
| Defendant-Counterclaim Plaintiff. | ) ) | |

### SCHEDULING ORDER

This ____ day of June, 2007, the Court having conducted a Rule 16 Scheduling

Conference pursuant to Local Rule 16.2(b) on June 15, 2007, and the parties having determined

after discussion that the matter cannot be resolved at this juncture by settlement, voluntary

mediation or binding arbitration;

IT IS HEREBY ORDERED THAT:

1.    **Rule 26(a) Initial Disclosures**: Unless otherwise agreed to by the parties, they

shall make their initial disclosures pursuant to Federal Rules of Civil Procedure 26(a) on or

before July 9, 2007;

2.    **Joinder of Other Parties and Amendment of Pleadings**: All motions to join

other parties and amend the pleadings shall be filed on or before August 31, 2007;

3.    **Discovery**: All discovery in this case shall be initiated so that it will be completed

on or before August 31, 2007;

a.    **Discovery and Scheduling Matters**: Should counsel find that they are

unable to resolve a discovery or scheduling matter, the party seeking the relief shall

contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

4.    **Confidential Information and Papers Filed Under Seal**: Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk and original and two copies of the papers.

**If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).**

5.    **Settlement Conference**: This matter is not being referred to the Magistrate Judge.

663383-1

6.    **Case Dispositive Motions**: The parties will not be permitted to file case dispositive motions.

7.    **Applications by Motion**: Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

8.    **Oral Argument**: If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to Local Rule 7.1.4.

9.    **Pretrial Conference**: On October 11, 2007, beginning at 9:00 a.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov. Thirty days before the Joint Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposed to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. **Motions in limine**: No party shall filed more than five (5) motions *in limine*. Briefs (opening, answering and reply) on all motions *in limine* shall be filed by September 28, 2007. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three pages. The parties shall file with the court the **joint** proposed final pretrial order with the information required by the form of Final Pretrial Order which can be located on this court's website at www.ded.uscourts.com on or

-3-

before September 28, 2007 at 5:00 p.m.

      10.    **Trial**: This matter is scheduled for a four day jury trial beginning at 9:00 a.m. on November 5, 2007.

      11.    **Scheduling**:  The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought and only then when all participating counsel is on the line for the purposes of selecting a new date.


                                          _____
                                          UNITED STATES DISTRICT COURT JUDGE