IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROSSLINK-D, INC., a Delaware corporation,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>JOSEPH LARGEY,<br><br>    Defendant-Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-88 (GMS)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT REGARDING SETTLEMENT

The parties hereby provide the Court with their Joint Status Report Regarding Settlement as instructed by the Court at the June 15, 2007 Rule 16 Conference.

The parties continue to discuss actively the potential settlement of the Chancery Court action and also the potential settlement of this action. In the last few days, the parties have exchanged terms sheets regarding a potential global settlement of both cases but they have not been able to agree on certain material terms. The parties continue to desire to settle the Chancery Court action and, if possible, this action. Trial in the Chancery Court action is set for July 11-12.

/s/ Peter B. Ladig
Peter B. Ladig (#3513)
The Bayard Firm, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
   Attorneys for Plaintiff-Counterclaim
Dated: June 29, 2007                 Defendant CrossLink-D, Inc.

664010-1

-2-

Of Counsel:

| | |
|---|---|
| Timothy W. Volpe | /s/ John C. Phillips, Jr. |
| Florida Bar No. 358185 | John C. Phillips, Jr. (#110) |
| Matthew P. McLauchlin | Phillips, Goldman & Spence, P.A. |
| Florida Bar No. 484180 | 1200 N. Broom Street |
| Volpe, Bajalia, Wickes, Rogerson & Wachs | Wilmington, Delaware 19806 |
| 1301 Riverplace Boulevard | (302) 655-4200 |
| Suite 1700 | Attorneys for Defendant-Counterclaim |
| Jacksonville, Florida 32207 | Plaintiff Joseph Largey |
| (904) 355-1700 | |