IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROSSLINK-D, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff-Counterclaim Defendant, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 07-88 (GMS) |
| JOSEPH LARGEY, | ) ) ) | |
| Defendant-Counterclaim Plaintiff. | ) ) | |

## JOINT STATUS REPORT REGARDING SETTLEMENT

The parties hereby provide the Court with their Joint Status Report Regarding Settlement as instructed by the Court at the June 15, 2007 Rule 16 Conference.

On July 10, 2007, the parties executed a settlement agreement. The parties are in the process of finalizing the settlement of this and all related actions and intend to file a joint stipulation of dismissal promptly.

**AGREED TO BY THE PARTIES:**

Dated: July 13, 2007

/s/ Peter B. Ladig
Peter B. Ladig (#3513)
The Bayard Firm, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899
(302) 655-5000
   Attorneys for Plaintiff-Counterclaim
   Defendant CrossLink-D, Inc.

664936-1

-2-

Of Counsel:

Timothy W. Volpe
Florida Bar No. 358185
Matthew P. McLauchlin
Florida Bar No. 484180
Volpe, Bajalia, Wickes, Rogerson & Wachs
1301 Riverplace Boulevard
Suite 1700
Jacksonville, Florida 32207
(904) 355-1700

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, Delaware 19806
(302) 655-4200
Attorneys for Defendant-Counterclaim
Plaintiff Joseph Largey

664936-1