IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROSSLINK-D, INC., a Delaware corporation, | ) ) ) |
| Plaintiff-Counterclaim Defendant, | ) ) ) ) |
| v. | ) Case No. 1:07-CV-0088(GMS) ) |
| JOSEPH LARGEY, | ) JURY TRIAL DEMANDED ) |
| Defendant-Counterclaim Plaintiff. | ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, pursuant to the settlement between the parties and Federal Rule of Civil Procedure 41, that the above-captioned action is dismissed with prejudice.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, Delaware 19806
(302) 655-4200
Attorneys for Defendant-Counterclaim
Plaintiff Joseph Largey

/s/ Peter B. Ladig
Peter B. Ladig (#3513)
The Bayard Firm, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
  Attorneys for Plaintiff-Counterclaim
  Defendant CrossLink-D, Inc.

659946-1